MARY I. QUIGLEY, Appellant, *v.* LOCOMOTIVE ENGINEERS MUTUAL LIFE AND ACCIDENT INSURANCE ASSOCIATION, Respondent.

Argued January 26, 1937; decided March 9, 1937.

*James P. Donovan* for appellant.

*Clarence E. Weisel* and *Robert H. Wendt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.